# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| Eula Brown, as the Personal Representative of the Estate of Anthony Walker, | ) ) ) ) | C/A #: ~~14-cv-99999~~ 3:14-cv-04674-MGL |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CONSENT TO REMOVAL ON BEHALF OF DEFENDANTS CITY OF COLUMBIA,** |
| The City of Columbia, City of Columbia Police Department, Randy Scott in his official capacity as Chief of Police of the Columbia Police Department, W. H. Holbrook in his official capacity as Chief of Police of the Columbia Police Department and Michael W. Bailey, | ) ) ) ) ) ) ) ) ) ) | **CITY OF COLUMBIA POLICE DEPARTMENT, SCOTT AND HOLBROOK** |
| Defendants. | ) ) | |

    I, William H. Davidson II, counsel of record for the Defendants, City of Columbia, City of Columbia Police Department, Randy Scott and W. H. Holbrook, in the above-captioned matter, having read the Notice of Removal on Behalf of Defendant, Michael W. Bailey, and its exhibits hereby consent to the Notice of Removal being filed by Robert G. Cooper on behalf of the Defendant, Michael W. Bailey, in the above-referenced action.

                                                    I CONSENT:

                                               *s/ William H. Davidson, II, Esquire*
                                               William H. Davidson II, Esquire
                                               ATTORNEY FOR DEFENDANTS
                                               CITY OF COLUMBIA, CITY OF
                                               COUMBIA POLICE DEPARTMENT,
                                               RANDY SCOTT AND W. H. HOLBROOK

Columbia, South Carolina
December 10, 2014