## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

| | |
|---|---|
| Eula Brown as the Personal Representative of the Estate of Anthony Walker, )<br><br>Plaintiff, )<br><br>v. )<br><br>The City of Columbia, City of Columbia Police Department, Randy Scott individually and in his official capacity as Chief of Police of the Columbia Police Department and W.H. Holbrook individually and in his official capacity as Chief of Police of the Columbia Police Department, )<br><br>Defendants. ) | Civil Action Number: 3:15-4421-MGL<br><br><br><br>**STIPULATION OF PARTIAL DISMISSAL** |
| Eula W. Brown, Individually and as Personal Representative of the Estate of Anthony Walker, )<br><br>Plaintiff, )<br><br>v. )<br><br>The City of Columbia, City of Columbia Police Department, Randy Scott in his official capacity as Chief of Police of the Columbia Department, W.H. Holbrook in his official capacity as Chief of Police of the Columbia Police Department and Michael W. Bailey, )<br><br>Defendants. ) | Civil Action Number: 3:14-cv-04674-MGL |

The parties, hereby stipulate, pursuant to Fed.R.Civ.P. 41, to the dismissal, with prejudice, of any and all federal law claims against Defendants City of Columbia, City of Columbia Police Department (more properly known as the City of Columbia), Randy Scott, and

1

W.H. Holbrook the above-captioned matters. Said stipulations of dismissal are intended to dismiss Defendant's City of Columbia Police Department, Randy Scott, and W.H. Holbrook from these matters entirely, and to dismissal federal law claims that are pending against Defendant City of Columbia.

It is specifically acknowledged, and agreed to, that these dismissals have no bearing on Plaintiff's federal claims against Defendant Michael Bailey, nor will these dismissals have any bearing on any state law claims the Plaintiff has pending against Defendant Bailey and/or Defendant City of Columbia. Furthermore, as of the signing of this Stipulation, all parties agree to bear their own costs and fees.

**WE SO STIPULATE:**

|  |  |
|---|---|
|  | ___s/ Robert V. Phillips_____ <br> Robert V. Phillips, Fed ID # 7653 <br> *Counsel for Plaintiff* |
| April 6, 2016 |  |
|  | ___s/ Daniel C. Plyler_____ <br> Daniel C. Plyler, Fed ID # 9762 <br> *Counsel for Defendants City of Columbia, City of Columbia Police Department, Randy Scott, and W.H. Holbrook* |
| April 6, 2016 |  |
|  | ___s/ David L. Morrison_____ <br> David L. Morrison, Fed ID # 3581 <br> *Counsel for Defendant Michael Bailey* |
| April 6, 2016 |  |